MICHELE BECKWITH
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-37 KES-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| BRETT CURTIS HAIR, | DATE: April 23, 2025 |
| Defendant. | TIME: 1:00 p.m. |
| | COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on April 23, 2025.

2.      By this stipulation, defendant now moves to vacate the status conference and set the matter for a change of plea on May 12, 2025, at 9:30 a.m., and to exclude time between April 23, 2025, and May 12, 2025, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes investigative reports and related documents and recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to review the current charges,

conduct independent investigation, and confer with his client concerning the government's plea offer and plea agreement.

c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)    The government does not object to the continuance.

e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 23, 2025 to May 12, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 16, 2025                                MICHELE BECKWITH
                                                      Acting United States Attorney


                                                      /s/ KAREN A. ESCOBAR
                                                      KAREN A. ESCOBAR
                                                      Assistant United States Attorney

Dated:  April 16, 2025                          /s/ TIMOTHY P. HENNESSY
                                                TIMOTHY P. HENNESSY
                                                Counsel for Defendant
                                                BRETT CURTIS HAIR


# ORDER


IT IS SO ORDERED that the status conference set for April 23, 2025, is vacated. A change of plea hearing is set for **May 12, 2025, at 9:30 a.m. in Courtroom 6 before District Court Judge Kirk E. Sherriff**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).


IT IS SO ORDERED.

Dated:   **April 17, 2025**            /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE