1  **HENNESSY LAW GROUP**
Timothy P. Hennessy, State Bar No. 286317
2  l2l5 "L" Street
Bakersfield, CA 93301
3  Tel: (661) 237-7179
4  Email : tph@hennessyatlaw. com

5  Attorney for:
**BRETT HAIR**
6
                    UNITED STATES DISTRICT COURT
7
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9

| UNITED STATES OF AMERICA, | **Case No.**  1:25-cr-00037-KES-BAM |
|---|---|
| Plaintiff, | <u>STIPULATION AND ORDER TO</u><br><u>CONTINUE THE SENTENCING HEARING</u> |
| v. | |
| **BRETT HAIR** | |
| Defendants. | |

15
TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, JUDGE KIRK E.
16  SHERRIFF AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

17        **COMES NOW** Defendant, BRETT HAIR, by and through his attorney of record,

18  Timothy Hennessy hereby requesting that the sentencing hearing currently set for Monday,

19  August 4, 2025, be continued to September 29, 2025.

20        Defense counsel was in a homicide trial *People vs. Fernando Ulices Alonso BF198856A*

21  and needs more time to gather and review documents prior to sentencing. I have spoken to AUSA

22  Karen Escobar and USPO Andrea Ruiz, and they have no objection to continuing the matter.

23
       **IT IS SO STIPULATED.**
24                                                Respectfully Submitted,

25
DATED: July 14, 2025                              */s/ Timothy Hennessy*
26                                                TIMOTHY HENNESSY
                                                  Attorney for Defendant
27                                                Brett Hair

28
                                  1

DATED: July 14, 2025                                    */s /Karen Escobar*
                                                         KAREN ESCOBAR
                                                         Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that the sentencing hearing currently set for Monday, August 4, 2025, be continued to September 29, 2025.

IT IS SO ORDERED.

Dated: July 14, 2025

_____
UNITED STATES DISTRICT JUDGE