**HENNESSY LAW GROUP**
Timothy Hennessy State Bar No. 286317
1217 L Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Fax: (661) 742-1898
Email: tph@hennessyatlaw.com

Attorney for BRETT HAIR

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:25-cr-00037-KES-BAM-1 |
| Plaintiff, | |
| v. | **MOTION TO TERMINATE CJA APPOINTMENT OF TIMOTHY HENNESSY AS ATTORNEY OF RECORD AND ORDER** |
| BRETT HAIR, | |
| Defendant. | |

On February 27, 2025, Brett Hair was indicted on federal charges. Timothy Hennessy was appointed as counsel to represent Mr. Hair on 1:25-cr-00037-KES-BAM-1 in his criminal case. Mr. Hair was sentenced pursuant to a plea agreement on September 29, 2025. The time for filing a direct appeal was October 23, 2025. No direct appeal was filed. Mr. Hair was out of custody at sentencing. Having completed his representation of Mr. Hair, Timothy Hennessy now moves to terminate his appointment under the Criminal Justice Act.

/

//

///

Should Mr. Hair require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: November 20, 2025                                    Respectfully submitted,


                                                           /s/*Timothy Hennessy*
                                                           Timothy Hennessy
                                                           Attorney for Brett Hair

**ORDER**

Having reviewed the notice and found that attorney Timothy Hennessy has completed the services for which he was appointed, the Court hereby grants attorney Timothy Hennessy's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Brett Hair at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Brett Hair
14746 Redwood Springs Drive
Bakersfield, CA 93314

IT IS SO ORDERED.

Date: April 23, 2026

Kirk E. Sherriff
United States District Judge